David J. Kaminski (SBN 128509)
Kaminskid@cmtlaw.com
Stephen A. Watkins (SBN 205175)
WatkinsS@cmtlaw.com
CARLSON & MESSER LLP
5901 W. Century Boulevard, Suite 1200
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
CMRE FINANCIAL SERVICES, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dina St. George, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CMRE Financial Services, Inc.,<br><br>Defendant. | CASE NO. 8:21-cv-00748-DOC-KES<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FIRST TO FILE RULE**<br><br>**Date: August 9, 2021**<br>**Time: 8:30 a.m.**<br>**Ctrm: 9D**<br><br>Hon. David O. Carter |

**TO THE HONORABLE COURT, PLAINTIFF AND HER ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant CMRE FINANCIAL SERVICES, INC. ("Defendant") hereby files this notice of withdrawal of its pending motion to dismiss pursuant to the "first to file" rule (ECF 21).  Defendant asserts that its pending motion was not necessarily moot, however.  The first to file motion was

not necessarily a 12(b) motion such that Plaintiff could file an amended complaint without leave pursuant to Fed. R. Civ. P. 15.

However, to simplify the briefing and for the sake of judicial efficiency, Defendant hereby withdraws the Motion with the intention of re-filing it as to the First Amended Complaint.

DATED:  July 19, 2021              CARLSON & MESSER LLP

By:  s/ David J. Kaminski
David J. Kaminski
Stephen A. Watkins
Attorneys for Defendant,
CMRE FINANCIAL SERVICES, INC.

### CERTIFICATE OF SERVICE

I, David J. Kaminski, hereby certify that on this 19ʰ day of July, 2021, a true and accurate copy of the foregoing NOTICE OF WITHDRAWAL OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FIRST TO FILE RULE; MEMORANDUM OF POINTS AND AUTHORITIES was filed through the ECF system, which will send notification of such filing to the e-mail addresses associated with this case.

/s/David J. Kaminski
David J. Kaminski
CARLSON & MESSER LLP