David J. Kaminski (SBN 128509)
Kaminskid@cmtlaw.com
Stephen A. Watkins (SBN 205175)
WatkinsS@cmtlaw.com
CARLSON & MESSER LLP
5901 W. Century Boulevard, Suite 1200
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
CMRE FINANCIAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINA ST. GEORGE, Individually and on behalf of others similarly situated, <br><br> Plaintiff, <br> v. <br><br> CMRE FINANCIAL SERVICES, INC., <br><br> Defendant. | CASE NO. 8:21-cv-00748-DOC-KES <br><br> **STIPULATION TO TRANSFER CASE** |

    Plaintiff DINA ST. GEORGE ("Plaintiff"), and Defendant CMRE FINANCIAL SERVICES, INC. ("Defendant"), hereby stipulate as follows:

    WHEREAS, Plaintiff's First Amended Complaint ("FAC") asserts a putative class action against Defendant for alleged violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* ("TCPA") and Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA").

1

WHEREAS, Defendant denies the material allegations asserted by Plaintiff and denies that this case is proper for class action treatment;

WHEREAS, Plaintiff currently resides in the Central District of California and alleges she resided within the Central District of California when she received the phone calls from Defendant that she asserts violated the TCPA and FDCPA;

WHEREAS, 28 U.S.C. section 1404(a) permits transfer to "any district where venue is also proper ... **or to any other district to which the parties have agreed by contract or stipulation**." *Atlantic Marine Const. Co. v. U.S. Dist. Court*, 571 U.S. 49, 59, 134 S.Ct. 568, 187 L.Ed.2d 487 (2013) (emphasis added).

WHEREAS, such transfer is "[f]or the convenience of parties and witnesses, in the interest of justice," in order to "prevent the waste 'of time, energy, and money' and 'to protect litigants, witnesses and the public against unnecessary inconvenience and expense.'" *Van Dusen v. Barrack*, 376 U.S. 612, 616 (1964) (quoting *Continental Grain Co. v. The Barge* FBL-585, 364 U.S. 19, 26-27 (1960));

WHEREAS, Defendant asserts that a similar class action, *Walker, Renee v. CMRE Financial Services, Inc.*, Case No. 3:20-cv-02218-BEN-JLB (S.D. Cal.) was filed on November 13, 2020, before the instant action was filed on April 20, 2021.

WHEREAS, Defendant agrees to jurisdiction in the United States District Court for the Southern District of California and asserts transfer of this action to the Southern District would serve judicial economy;

WHEREAS, the parties' agreement to transfer shall be in no way construed to have any effect on the underlying litigation or merits of the case, and this stipulation shall not be construed to modify, limit or otherwise affect the allegations in Plaintiff's complaint, including, but not limited to, Plaintiff's alleged class definitions; and

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for all parties that, subject to the approval of the Court, this case shall be transferred to the United States District Court for the Southern District of California.

IT IS SO STIPULATED.

Dated: July 30, 2021                HIRALDO P.A.

                                          By:  s/ Manuel S. Hiraldo
                                                 Manuel S. Hiraldo
                                                 (Pro Hac Vice)
                                                 Hiraldo P.A.
                                                 401 E. Las Olas Boulevard,
                                                 Ste. 1400
                                                 Ft. Lauderdale, Florida 33301
                                                 Tel: (954) 400-4713
                                                 Email: hiraldo@hiraldolaw.com

                                                 Attorneys for Plaintiff,
                                                 DINA ST. GEORGE

Dated: July 30, 2021                CARLSON & MESSER LLP

                                        By:  s/ David J. Kaminski
                                                David J. Kaminski
                                                kaminskid@cmtlaw.com
                                                Stephen A. Watkins
                                                watkinss@cmtlaw.com
                                               Attorneys for Defendant,
                                               CMRE FINANCIAL SERVICES, INC.

## CERTIFICATE OF SERVICE

I, David J. Kaminski, hereby certify that on this 30th day of July, 2021, a true and accurate copy of the foregoing STIPULATION TO TRANSFER CASE was filed through the ECF system, which will send notification of such filing to the e-mail addresses associated with this case.

      /s/David J. Kaminski
        David J. Kaminski
        CARLSON & MESSER LLP