David J. Kaminski (SBN 128509)
Kaminskid@cmtlaw.com
Stephen A. Watkins (SBN 205175)
WatkinsS@cmtlaw.com
CARLSON & MESSER LLP
5901 W. Century Boulevard, Suite 1200
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant CMRE FINANCIAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dina St. George, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CMRE Financial Services, Inc.,<br><br>Defendant. | CASE NO. 3:21-cv-01374-BEN-JLB<br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that a settlement in this matter has been reached between all parties.  The parties anticipate that they will complete the settlement, and file a stipulation of dismissal, within 60 days from the date of this notice.  In light of the settlement, the parties request that the Court take off calendar all future hearing dates in this case.

DATED:  November 17, 2021          CARLSON & MESSER LLP

By:  s/ David J. Kaminski
     David J. Kaminski
     kaminskid@cmtlaw.com
     Stephen A. Watkins
     watkinss@cmtlaw.com
     Attorneys for Defendant,
     CMRE FINANCIAL
     SERVICES, INC.


DATED:  November 17, 2021          HIRALDO PA

By:  s/ Manuel S. Hiraldo
     Manuel S. Hiraldo
     mhiraldo@hiraldolaw.com
     Attorneys for Plaintiff,
     DINA ST. GEORGE

### CERTIFICATE OF SERVICE

I, David J. Kaminski, hereby certify that on this 17th day of November, 2021, a true and accurate copy of the foregoing NOTICE OF SETTLEMENT was filed through the ECF system, which will send notification of such filing to the e-mail addresses associated with this case.

/s/David J. Kaminski
David J. Kaminski
CARLSON & MESSER LLP