1  **DAPEER ROSENBLIT**
2  **LITVAK, LLP**
   William Litvak
3  (Cal. Bar No. 90533)
4  11500 W. Olympic Blvd., Suite 550
   Los Angeles, CA 90064
5  E: wlitvak@drllaw.com
6  T: 310-477-5575

7  **HIRALDO P.A.**
8  Manuel S. Hiraldo
   (*pro hac vice*)
9  401 E. Las Olas Blvd., Ste. 1400
10 Fort Lauderdale, FL 33301
   mhiraldo@hiraldolaw.com
11 954-400-4713

12 *Attorney for Plaintiff and the Proposed Class*

13

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DINA ST. GEORGE**, individually and on behalf of all others similarly situated, | Case No. 3:21-cv-01374-BEN-JLB |
| *Plaintiff*, | **JOINT MOTION TO DISMISS ACTION WITH PREJUDICE** |
| vs. | |
| **CMRE FINANCIAL SERVICES, INC.**, an California corporation, | |
| *Defendant*. | |

Plaintiff Dina St. George and Defendant CMRE Financial Services, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby jointly move for the dismissal of this action as follows: All claims of Plaintiff are hereby dismissed <u>with</u> prejudice. All claims of the putative class members are hereby dismissed <u>without</u> prejudice. Each party to bear their own costs and attorney's fees.

{00165005;1}

|    |                          |                                              |
|----|--------------------------|----------------------------------------------|
| 1  |                          | Respectfully submitted,                      |
| 2  |                          | **HIRALDO P.A.**                             |
| 3  | Dated: January 14, 2022  |                                              |
| 4  |                          | */s/ Manuel S. Hiraldo*                      |
|    |                          | Manuel S. Hiraldo, Esq.                      |
| 5  |                          | (*pro hac vice*)                             |
| 6  |                          | 401 E. Las Olas Blvd.                        |
|    |                          | Ste. 1400                                    |
| 7  |                          | Fort Lauderdale, FL 33301                    |
| 8  |                          |                                              |
|    |                          | William Litvak (SBN 90533)                   |
| 9  |                          | wlitvak@drllaw.com                           |
| 10 |                          | **DAPEER ROSENBLIT LITVAK, LLP**             |
|    |                          | 11500 W. Olympic Blvd. Suite 550             |
| 11 |                          | Los Angeles, California 90064                |
| 12 |                          | (t) (310) 477-5575                           |
| 13 |                          | *Attorney for Plaintiff and the Proposed*    |
| 14 |                          | *Class*                                      |
| 15 | Dated: January 14, 2022  | **CARLSON & MESSER LLP**                     |
| 16 |                          |                                              |
| 17 |                          | /s/ Stephen A. Watkins                       |
| 18 |                          | David J. Kaminski                            |
|    |                          | Stephen A. Watkins                           |
| 19 |                          | 5901 W. Century Blvd. #1200                  |
| 20 |                          | Los Angeles, CA 90045                        |
|    |                          | (310) 242-2200                               |

{00165005;1}

2